EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Carmen Collazo López | 2004 TSPR 175<br><br>163 DPR \_\_\_\_ |

Número del Caso: TS-13389


Fecha: 12 de noviembre de 2004


 Colegio de Abogados de Puerto Rico:

                        Lcdo. José M. Montalvo Trías
                        Director Ejecutivo


 Abogada de la Parte Peticionaria:

                        Por Derecho Propio

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Carmen Collazo López                TS-13389


RESOLUCIÓN

San Juan, Puerto Rico, a 12 de noviembre de 2004.

Examinada la petición para darse de baja del ejercicio de la abogacía de la Lcda. Carmen Collazo López, así como la Moción del Colegio de Abogados, se accede a lo solicitado efectivo inmediatamente. La peticionaria deberá notificar a todos los clientes a quienes actualmente representa, si alguno, de su renuncia al ejercicio de la abogacía. Además, deberá tomar las medidas correspondientes para devolver los expedientes de los casos activos a aquella personas que así lo soliciten.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.


                              Patricia Otón Olivieri
                              Secretaria del Tribunal Supremo